EDWARD V. LAWLER, Respondent, *v.* FLORENCE E. McMULLIN et al., Defendants; WALLACE E. SHIRRA et al., as Executors of JOHN POWERS, Deceased, Respondents; and THE ROYAL BANK OF CANADA, Appellant.

(Submitted January 9, 1933; decided January 17, 1933.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 676.)

TITLE GUARANTEE AND TRUST COMPANY, Appellant, *v.* 457 SCHENECTADY AVENUE, INC., et al., Defendants.

In the Matter of NEW YORK WATER SERVICE CORPORATION, Respondent; EDWARD W. McMAHON, as Receiver, Appellant.

(Submitted January 9, 1933; decided January 17, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 119.)

MICHAEL DIGELORMO, as Administrator of the Estate of GELARDO DIGELORMO, Deceased, Respondent, *v.* BENJAMIN J. WEIL et al., Appellants, Impleaded with Another.

(Submitted January 9, 1933; decided January 17, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 192.)